IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 (Voluntary) |
| | ) | |
| RICHVIEW PARKSHORE, LLC, | ) | Case No. 13-13988 |
| | ) | |
| Debtor. | ) | Honorable Judge Carol A. Doyle |
| | ) | |

## ORDER FOR RELIEF FROM STAY

THIS CAUSE coming to be heard on the motion of BMO Harris Bank N.A., f/k/a Harris N.A., requesting relief from stay, the Court having jurisdiction over the subject matter and due notice having been given;

WHEREFORE, IT IS HEREBY ORDERED:

BMO Harris Bank N.A., f/k/a Harris N.A.'s Motion for Relief from Stay is granted and BMO Harris Bank N.A., f/k/a Harris N.A., is allowed to proceed with the foreclosure in Case No. 12 CH 32524 currently pending in the Circuit Court of Cook County, Chicago, Illinois, and to obtain a deficiency judgment against the Debtor for the *only* purpose of establishing a claim against the Debtor in this case, and to continue to allow the Receiver to sell the Property as contemplated in the state court proceedings and memorialized in the state court's January 22, 2013 Order without further order of the Court.

DATED: 7/31/13

ENTER:

_[signature]_

HONORABLE JUDGE CAROL A. DOYLE

Gina M. Lavarda ARDC# (6300302)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
(312) 845-3000

3376470.01.04.doc
1996131/MDD